UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America,** | Criminal No. 05-CR-67 (DSD/SRN) |
| **Plaintiff,** | |
| v. | **ORDER** |
| **James Elliot Ward,** | |
| **Defendant** | |

Erika Mozangue, Esq., on behalf of Plaintiff

Daniel Scott, Esq., on behalf of Defendant

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated April 19, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1.   Defendant's Motion to Suppress Evidence Obtained as the Result of Search and Seizure (Doc. No. 10) is **DENIED;** and

**2.** Defendant's Motion to Suppress Statements, Admissions and Answers (Doc. No. 16) is **DENIED.**

Dated: May 10, 2005

                                                  s/David S. Doty
                                                  David S. Doty, Judge
                                                  United States District Court